■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME GREEN, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on May 9, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Asch, Milonas, Wallach and Rubin, JJ.

(December 19, 1989)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RIVERA, Appellant.—Judgment, Supreme Court, Bronx County (George Covington, J.), rendered May 13, 1986, convicting defendant on his plea of guilty of robbery in the first degree, and sentencing him to a term of from 6 to 12 years' incarceration, unanimously affirmed.

Defendant's challenge to the constitutionality of the predicate conviction is unpersuasive. We are persuaded by the statements contained in the plea as a whole and the sentencing minutes that defendant's claim of intoxication did not amount to a valid defense, that defendant understood the nature of the charges against him and that he knowingly and intelligently pleaded guilty. Concur—Murphy, P. J., Ross, Ellerin, Smith and Rubin, JJ.